MMB

#400

UNITED STATES DISTRICT COURT
THIRD DISTRICT of EASTERN PENNSYLVANIA

| | | |
|---|---|---|
| Michael & Denise Pugh | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ). | |
| vs. | ) | ~~13   5373~~ |
| | ) | Complaint |
| FIRST NIAGARA, et al | ) | Injunction to Stop |
| LOIS M. VITTI & VITTI & VITTI ASSOC.,) | | Unlawful Foreclosure Fraud, |
| Third Parties, et al | ) | and Constitutional Violations |
| United States Department of Housing and | ) | of Due Process |
| Urban Development, et al | ) | |

The above-captioned case comes before this Honorable Court on a Petition for Immediate Injunction to prevent unlawful foreclosure and the denial of due Process by FIRST NIAGARA, et al., LOIS M. VITTI, et al & VITTI & VITTI ASSOC., P.C., and, under the Uniform Commercial Code the United States Codes, FRCP Rule 65, and The Administrative Procedures Act 1946 for remedies and relief.

COMES NOW, first the Plaintiff(s) Michael Eric Pugh, Sr & Romayne Denise Pugh, by way of "Special Appearance" hereby affirmed under the laws of the United States and the Uniform Commercial Code to petition this honorable court for the remedies established within those entitlements / immunities that the stated facts are true, correct, complete, certain, and not misleading based on informed knowledge and belief to be true.

Page 1 of 6

## Introduction

The Plaintiff request verification of debt from defendants, FIRST NIAGARA., et al & ; in order to establish whether Defendants have standing to bring forth remedies entitled to the Defendants, Plaintiffs requests the Defendants to produce evidence as proof of claim under the rule of Habeas Corpus ( Discovery???) and also pursuant upon U.S.C. Title 18, Part 1, Chapter 101 Sec 2071. The Plaintiffs have revoked Power of Attorney and rescinded signatures on questionable mortgage / securities Documents (deed's, notes, assignments, etc) alleged appointed Trustees for FIRST NIAGARA., et al.

## Statement of Facts

Name the Person or Party that issued the MORTGAGE, and is that Party lawfully documented and identified as the present HOLDER(s) of the alleged LOAN or PROMISSORY NOTE?

Demands where offer to settle this dispute on the commerce private side to cure All Parties and third parties actors is this action has force the true "Holder In Due Course" to file this cause of complaint action against all of the above named defendants for fraudulent and unlawful Foreclosure actions. The parties involved in this actions have put the true "Holder In Due Course" under the threats of Foreclosure-gate or Foreclosuregate. On or about January 23, 2013 AD a letter was received by the true original "Holder In Due Course" stating that a foreclosure

shall place for the sale of the property known as: 359-361 Glen Crest Road East, Valley Township, PA, in Chester County. Over the past several months debt collections agencies and attempts by attorneys, lawyers, and debt collectors, on the real property known as: 359-361 Glen Crest Road East, Valley Township, PA, in Chester County. The amounts of the purported alleged debts has varies in the amounts to be collected. Therefore, as a result of the practices the true original "Holder In Due

Course" has demanded by Presentments by affidavits demanding certified and verifiable accounting by (GAAP); General Accepted Accounting Procedure standards and procedure. And, to date none of the above stated purported alleged debt collectors has produce or provided any evidence to support their claims of having any standing of this matter for debt for collection. Further, in those debt collections demands the titles referred upon to the true "Holder In Due Course" has varied also from debtors, to mortgagors, etc. The true "Holder In Due Course" have also demanded that the so called collectors practice the laws of the Fair Debt Collection Practice Act (FDCPA); but all collectors failed to comply with those laws. In light of justice this complaint is timely and rightfully filed in the proper venue to adjudicate for and order to signed granting the Plaintiffs relief for Injunction to Stop Unlawful Foreclosure Fraud and Constitutional Violations of Due Process.

The original Mortgage was bought by first and second purported alleged mortgage on the stated property without any mention thereto. **Furthermore, Judicial practices: Some[who?]** argue that much of the problem arises from a tendency of the courts to favor lenders, and to shift the burden of proof of compliance with the terms of the debt instrument to the debtor. According to this argument, it should not be the duty of the borrower to make sure his payments are getting to the current note-owner, but to make evidence that all payments were made to the last known agent for collection sufficient to block or reverse repossession or foreclosure, and eviction, and to cancel the debt if the current note owner cannot prove he is the "holder in due course" by producing the actual original debt instrument in court. Consumers believe that they are protected by consumer protection laws, when their lender is really operating wholly outside the laws. Refer to 12 C.F.R. 226.

## Violations of Federal and State Constitutions, Codes, and Case Laws

1. 4th and 5th Amendments Bill of Rights 1791;
2. General Accepted Accounting Procedure (GAAP);
3. Summary Judgment based on unverified debt collection. Violates consumer debt protection. See: Pennsylvania consumer laws.
4. Home Ownership and Equity Protection Act of 1994, 15 U.S.C. § 1639, as amended;
5. Fair Debt Collection Practice Act (FDCPA);
6. Constitution of Pennsylvania Article 1 Bill of Rights, Section 1, Rights of the

People. Paragraph I, II, IV, V, VI, VII, IX, X, XI, XII, XIII,;
7. The Administrative Procedures Act 1946;
8. Federal National Mortgage Association;
9. Uniform Commercial Code;
10. Numerous Res Judicata Case decisions support the claims by the Holders In Due Course, "The Saving to the Suitors Clause" at USC 28 - 1333(1).,

**Respectfully submitted,**

By: _Michael Eric Pugh El  Denise Pugh El_ [SEAL]
Michael & Denise Pugh, Holder In Due Course, All Rights Reserved


**WHEREFORE,** the Plaintiff's hereby seek recoupment from the Promissory Note/Security Instrument per UCC 3-305 and a claim per UCC 3-306. The Plaintiff also seek an immediate injunction and restraining order from unlawful eviction due to unlawful foreclosure upon Proof of Claim that the Defendants are 'Holder in Due Course' of The Original Promissory Note/Security Interest. Further remedy is sought for this court to set aside the foreclosure until Defendant's Prove they had a Lawful right to foreclose. The Plaintiff's seek treble damages from defendants upon Proof that any of the above violations occurred. **Further;** upon proof that this matter has not been lawfully satisfied / discharged; The Plaintiff stands ready willing and able to satisfy / discharge; see attached copy of the CASHIER'S CHECK number: 100207 for the amount $85,063.61; Payable to, Michael E. Pugh Sr. and/or First Niagara Bank.

**SO ORDERED** this_____, day _____, 2013

_____
**Judge**

Trial Date to be set at:_____

CERTIFICATE OF SERVICE
Michael & Denise Pugh El, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the United States of America, that the Plaintiffs are at least 18 years of age and that the document was personally served upon the following parties(s)

Clerk of Court

United States Department of Housing and Urban Development
Jane C.W. Vincent, Regional Administrator
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3380

Lois M. Vitti
215 Fourth Avenue
Pittsburgh, Pennsylvania 15222

First Niagara Bank
Gary Cosby; Chief Executive Officer
726 Exchange Street
Buffalo, New York 14210

COMPLAINT FOR IMMEDIATE INJUNCTION,
RESTRAINING ORDER AND SETTING ASIDE ALLEGED FORECLOSURE:
JURY TRIAL DEMANDED

By filing by firsthand and placing one true and correct copy of said document(s) in United States Postal Service Registered Mail, with postage prepaid with return receipt requested and properly addressed to: to all parties in this cause of actions.

Summons shall be served upon all parties by the United States Marshall Service. Per request.

**Keystone Federal Credit Union**
THE EDUCATED CHOICE
1052 ANDREW DRIVE
WEST CHESTER, PA 19380

KEYSTONE FEDERAL CREDIT UNION 60-8032
WEST CHESTER, PA 19380  2313

**100207**

## CASHIER'S CHECK

DATE: 09/04/13

AMOUNT: $*****85,063.61

PAY TO THE ORDER OF: EIGHTY-FIVE THOUSAND SIXTY-THREE AND 61/100 DOLLARS-----------

MICHAEL E PUGH, SR
AND/OR
FIRST NIAGARA BANK

Remitter

VOID AFTER DAYS

AUTHORIZED SIGNATURE

**COPY**

⑈100207⑈ ⑆231380324⑆   076000010⑈44

---

TELLER CHECK WRITER                CASHIERS CHECK

Mbr Number: ***784         Teller: 20   BR: 001   Date: 09/04/13
Mbr Name: MICHAEL E PUGH, SR   Txn: 878     Time: 16:30:39     CAN: 2226
Pay to: MICHAEL E PUGH, SR
Check Number: 100207

Checks Disbursed:       $85,063.61

Transactions Posted                    Account        Txn Amount      Ending Balance
================================   ==========  ==================  =================
FROM ACCT TYPE - MULT CHECKS                       $85,063.61-

THANK YOU FOR YOUR PATIENCE DURING OUR CONVERSION UPGRADE!

ENDORSE HERE:

X

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY



Original Document



COPY

\* SECURITY FEATURES LISTED BELOW EXCEED INDUSTRY STANDARDS

# AFFIDAVIT OF MAILING

## CERTIFIED MAIL # 7011 3500 0000 2514 3899 RRR

Mailed By: Lavaris Hopkins, Notary Public

P.O. Box 797

Snellville, Ga. 30078

I am over 18 years of age and not a party to the within action; my business address is:

Lavaris Hopkins

P.O. Box 797

Snellville, Ga. 30078

On the 30TH of April 2012 I mailed one copy of the following:

1. ETF INSTRUMENT $ 75,974.93 for Mortgage Loan # 117000624 (1) page

2. COPY OF FIRST NIAGARA MORTAGE STAMENT DATED APRIL 20, 2012 (1) page

A total of FOUR (2) pages mailed herewith, including all attachments (not including this Affidavit of Mailing) by United States Postal Service Certified Mail Article No. # 7011 3500 0000 2514 3899 Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to FIRST NIAGARA as follows:

**To:** FIRST NIAGARA
    MORTGATE LOAN DEPT
    PO BOX 514
    LOCKPORT, NY 14095-0514

CERTIFIED MAIL: 7011 3500 0000 2514 3899
RETURN RECEIPT REQUESTED

I declare this under penalties of perjury under laws of the State of Georgia that the above is true, correct, and complete, and that this Affidavit of Service was executed on APRIL 30, 2012 at Snellville, Georgia.

_____
Lavaris Hopkins
Notary Public
Notary Public and for said State of Georgia
My Commission Expires_____

**LAVARIS HOPKINS**
NOTARY PUBLIC
Gwinnett County - State of Georgia
My Comm. Expires June 15, 2013

Page 1 of 1

## AFFIDAVIT OF MAILING

## CERTIFIED MAIL # 7011 3500 0000 2514 3899 RRR

2012-Mar-20 03:35 PM FNFG 716-835-1973    Case 2:13-cv-05373-MMB    Document 1    Filed 09/16/13    Page 10 of 16  1/1



**FIRST NIAGARA**

March 20, 2012

Attention:    Rita Marina 610-383-6181

RE:    Michael E. Pugh Sr.
       359 Glencrest Road
       Valley Township, PA 19320

Payoff Quote for Mortgage#:    XXXXX0624

Property Address:    359 Glencrest Road
County:              Chester

As requested, the following figures reflect the amount necessary to pay the above loan in full.
This payoff quote is good through:    April 20, 2012

| | |
|---|---|
| Principal Balance: | $75,974.93 |
| Interest: | $301.71 |
| Unapplied Balance: | $0.00 |
| Insurance: | $0.00 |
| Late Charges: | $0.00 |
| Other Charges: | $0.00 |
| Assignment Fee: | $0.00 |
| A&H Rebate: | $0.00 |
| Life Rebate: | $0.00 |
| Escrow Balance: | $0.00 |

(If taxes are scheduled to be paid from the above escrow balance this may affect the total payoff amount)

| | |
|---|---|
| Discharge/Satisfaction Fee: | $63.00 |
| Total Payoff Amount: | $76,339.64    SEE ESCROW/TAX COMMENTS BELOW |
| The per diem is: | 5.98433 |

IMPORTANT: This payoff quote is subject to change. If applicable, taxes and/or insurance that are scheduled to be paid from escrow disbursements for the purpose of paying taxes and insurance, will continue until the loan is paid in full unless borrower notifies us in writing to NOT pay the scheduled disbursement. It is then the borrower's responsibility to contact the taxing authority and/or insurance co. for payment due. Automatic payments, if applicable, will continue until the loan is paid in full.

| **MAILING ADDRESS** | **OVERNIGHT ADDRESS** | **WIRING INSTRUCTIONS** |
|---|---|---|
| (US POSTAL ONLY, Including Express and Priority): | (Fed Ex, UPS, DHL .. Etc): | First Niagara Bank NA |
| First Niagara Bank, N.A. | First Niagara Bank, N.A. | 6950 So Transit Rd |
| Loan Servicing Dept. | Loan Servicing Dept. | Lockport NY 14095 |
| 6950 S. Transit Rd | 4224 Ridge Lea | ABA: 222370440 |
| Po Box 514 | Amherst NY 14226 | Acct #: 2522011010 |
| Lockport, NY 14095-0514 | | Attn: Loan Servicing Payoff Dept. |

If you have any questions, please call the Loan Servicing Department at:
1-800-421-0004

Should the payoff remittance be insufficient for any reason, the Bank will apply funds first to interest, and then to the outstanding escrow, outstanding late/other charges, then to principal and a balance will remain outstanding. The Bank will give notice of the insufficiency but interest and late charges will continue to accrue.

6950 S. Transit Rd, Po Box 514, Lockport, NY 14095-0514    phone: 1-800-421-0004    www.fnfg.com

**Front of check:**

CREDIT TO: MICHAEL E. PUGH

PAUL DAVID SAVAGE
1312 VALLEY ROAD
VALLEY TOWNSHIP, PA 19320

ACCOUNT # 117 000 624

1020
37-65/1119 1117
5307682533

Date: 30 APR 12

Pay to the order of: FIRST NIAGARA       $ 75,974.93

SEVENTY FIVE THOUSAND NINE HUNDRED SEVENTY FOUR DOLLARS 93/100

EFT ONLY
DO NOT ACH

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For: DISCHARGE OF DEBT     Paul Savage 30 APR 12

⑇111900659⑇ 5307682533⑊ 01020

Harland Clarke                                    COLONIAL CLASSIC

**Back of check (endorsement):**

NOT FOR DEPOSIT
DO NOT ACH
EFT ONLY
FOR DISCHARGE OF DEBT
Paul Savage  30 APR 12
DATE
AUTHORIZED REPRESENTATIVE
WITHOUT RECOURSE



MICHAEL ERIC PUGH SR. <mpugh5@gmail.com>

## U.S. Postal Service Track & Confirm email Restoration - 7011 3500 0000 2514 3899
1 message

U.S._Postal_Service_ <U.S._Postal_Service@usps.com>                              Fri, Aug 10, 2012 at 5:41 AM
To: MPUGH5@gmail.com

This is a post-only message. Please do not respond.

MICHAEL PUGH EL has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7011 3500 0000 2514 3899

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | LOCKPORT NY 14095 | 05/03/12 9:08am |
| Arrival at Unit | LOCKPORT NY 14094 | 05/03/12 6:43am |
| Processed at USPS Origin Sort Facility | BUFFALO NY 14240 | 05/03/12 12:43am |
| Dispatched to Sort Facility | SNELLVILLE GA 30078 | 04/30/12 6:52pm |
| Acceptance | SNELLVILLE GA 30078 | 04/30/12 3:19pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

Account Detail Printable View

*****0624 - I L VAR 0001

- **Account Number:** *****0624
- **Account Name:** I L VAR 0001
- **Principal Balance:** .00
- **Amount Due:** .00
- **Due Date:** 05/01/2012 00:00
- **Last Payment Date:** 05/03/2012 00:00
- **Current Escrow Balance:** .00
- **Year to date Interest:** 930.26
- **Previous Year Interest:** 2,799.48

### Transactions pending

| Date | Transaction | Description / Payee | Status | Amount |
|---|---|---|---|---|
| | | No Pending Transactions | | |

### Transactions posted between 04/04/2012 and 05/04/2012

| Date | Transaction | Description / Payee | Status | Other | Interest | Principal Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/04/2012 | Credit | PAYOFF | ✓ | .00 | -199.48 | -75,786.96 | -75,986.44 | .00 |

Transaction Status Legend:

✓ ▦ ⇌ ✗
Posted  Scheduled  In Progress  Problem

Paid-off
Loan #117000624
Michael Pugh Sr.

5-4-12
Rgm 2077
Bal. due on p/off
$174.51



**FIRST NIAGARA**
Bank

**Rita Marina**
Relationship Banker

Tel: 610-383-9300
Fax: 610-383-6181
Rita.Marina@fnfg.com

102 Airport Rd | Coatesville, PA 19320



# Account Summary

Welcome Michael Pugh Sr.

Today's Date: Friday, May 4, 2012
Last Login: Friday, May 4, 2012 12:13:22 PM EDT

### Account Balances

**Checking**

| Account Number | Account Name | Current Balance | Available Balance | As Of |
|---|---|---|---|---|
| ******5348 | Choice Checking | -33.90 | -33.90 | 05/04/2012 14:13 |

**Savings**

| Account Number | Account Name | Current Balance | Available Balance | As Of |
|---|---|---|---|---|
| ******3726 | Statement Savings | .00 | .00 | 05/04/2012 14:13 |

**Mortgage**

| Account Number | Account Name | Principal Balance | Amount Due | Due Date |
|---|---|---|---|---|
| *****0624 | LL VAR 0001 - Closed | .00 | .00 | 05/01/2012 00:00 |

Transactions

Quick Transfer



Info Center
- View Alerts:
- View Messages:
- View Reminders:



Top of Page

Home | Accounts | Payments | Transfers | Services

©2011 First Niagara All Rights Reserved

Copyright Information

MEMBER FDIC — EQUAL HOUSING LENDER



**FIRST NIAGARA**

5/07/12

Michael E Pugh Sr
359 Glencrest Rd
Valley Township PA 19320-3005

Re: Loan Discharge *****0624

Dear Customer(s):

We hereby acknowledge receipt of the final payment on the above mortgage. Please be advised of the following that pertain to your loan (all line(s) indicated with a '✓'):

### Recorded Discharge of Mortgage:

✓ We will be sending your original discharge to the appropriate Town or County Clerk's Office for recording.

### Refund of Escrow or Overpayment:

___ Enclosed is our bank draft for escrow refund and/or overpayment.

✓ No refund enclosed, funds received were exact to the payoff.

**Your escrow account has been closed and payment for outstanding taxes will now be your responsibility (unless another escrow account has been established with another mortgage investing institution). A final escrow history will be mailed to you in approximately 2 weeks. Please notify your tax collector that your loan has been paid in full and to forward future tax bills to your attention. If your homeowner's insurance was part of your escrow, please notify your insurance company to forward future insurance bills to your attention and if this is the only loan associated with this property at First Niagara Bank the mortgage clause should be removed.**

Sincerely,

Loan Servicing Department

1-800-421-0004

P.O. Box 514 · Lockport, NY 14095-0514